◼ In the Matter of the Arbitration between COUNTY OF JEFFERSON, Appellant, and JEFFERSON COUNTY DEPUTY SHERIFF'S ASSOCIATION, LOCAL 3089, COUNCIL 82, AFSCME, AFL-CIO, et al., Respondents. [678 NYS2d 706] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Gilbert, J. (Appeal from Order of Supreme Court, Jefferson County, Gilbert, J.—Arbitration.) Present—Pine, J. P., Lawton, Hayes, Callahan and Fallon, JJ.